# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2007

134812

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LIVONIA BUILDING MATERIALS COMPANY,
            Plaintiff-Appellee,

v

HARRISON CONSTRUCTION COMPANY,
            Defendant, Cross-Defendant,
and

HENRY G. BELL,
            Defendant-Appellee,
and

KEITH M. PENNER,
            Defendant-Appellant,
and

BANK ONE and MARTIN STEUDLE,
            Defendants, Cross-Plaintiffs.

SC: 134812
COA: 269045
Macomb CC: 2003-005049-CH

_____/

        On order of the Court, the application for leave to appeal the July 26, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2007

t1217

                                        Clerk